# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2013

## NO. 03-09-00736-CV

**Officer Robin Talley, Appellant**

**v.**

**The City of Killeen, Appellee**

### APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PEMBERTON, GOODWIN AND FIELD
### REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD;
### JUSTICE GOODWIN DISSENTING WITHOUT OPINION

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reversed; judgment is rendered that appellant timely filed her disciplinary appeal with the City of Killeen's Civil Service Commission. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.